UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA


RONALD MOORE,                          )
                                       )    1:10-CV-00939 OWW GSA
                                       )
                    Plaintiff,         )
                                       )
          v.                           )    **ORDER DISMISSING ACTION**
                                       )
REYNALDO GARIBAY, et al.               )
                                       )
                                       )
                    Defendants.        )
                                       )
_____)


          Pursuant to the notice of voluntary dismissal filed
October 21, 2010 pursuant to FRCvP 41,

          IT IS HEREBY ORDERED that this matter is dismissed with
prejudice in its entirety.


IT IS SO ORDERED.

**Dated:    November 2, 2010          _____/s/ Oliver W. Wanger_____**
                                      UNITED STATES DISTRICT JUDGE

1